| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:12-CR-34 |
| | ) | |
| LESLIE ASHMORE | ) | |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by William C. Killian, United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That Leslie Ashmore, is now in the custody of the Jailer at the Sullivan County Jail, pursuant to State of Tennessee charges.

II.

That there is pending against the defendant, Leslie Ashmore, in this District the above-captioned case, which is set for Initial Appearance on Tuesday, May 15, 2012 at 10:15 a.m. or for his case to be otherwise disposed of upon said indictment heretofore returned against him in the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee, and each day thereafter until said case is disposed of.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Jailer of the Sullivan County Jail, commanding him to produce the said Leslie Ashmore before this Court at the time and place aforesaid for the purpose

aforesaid, and that if the said Jailer of the Sullivan County Jail so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said Leslie Ashmore into his custody and possession at said Sullivan County Jail, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Jailer of the Sullivan County Jail as aforesaid.

WILLIAM C. KILLIAN
United States Attorney

By:  *s/ J. Gregory Bowman*
     J. GREGORY BOWMAN
     Assistant U.S. Attorney

2