UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:12-CR-34 |
| | ) | |
| LESLIE ASHMORE | ) | |

ORDER

On the petition of the United States of America by William C. Killian, United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Jailer of the Sullivan County Jail, to bring Leslie Ashmore before this Court at Greeneville, Tennessee, on Tuesday, May 15, 2012, at 10:15 a.m. for Initial Appearance or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter be returned to the Sullivan County Jail.

And it is further ordered that in the event the Jailer of Sullivan County Jail so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said Leslie Ashmore into his custody and transport him to and from said Sullivan County Jail and this Court for the aforesaid purpose.

SO ORDERED:

    s/ Dennis H. Inman
United States Magistrate Judge